CASE NO. 23-3490

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

Paul Mula Jr., a California resident,

*Plaintiff and Appellant,*

v.

Helene Mula-Stouky, a California resident, both individually and as former Successor Trustee of the Ogier Revocable Trust Dated August 7, 2000 and former Putative Trustee of the Helene Mula-Stouky Sub-Trust thereof; Alan Mula, a California resident; Terry Wallace, née Campbell, an Idaho resident; Kristof Biorn, a California resident; Crist, Schulz, Biorn & Shepherd, APC, a California Professional Corporation; Patricia Bye, a California resident, both individually and as current Successor Trustee of the Helene Mula-Stouky Trust Dated November 24, 1997, current Successor Trustee of the Ogier Revocable Trust Dated August 7, 2000, and Conservator of the Conservatorship Estate of Helene Mula-Stouky; Bye & Bye Services, a California Sole Proprietorship; Howard G. Frank, a California resident; Alexandra R. Martin, a California resident; Aaron, Riechert, Carpol & Riffle, APC, a California Professional Corporation; Robert E. Temmerman, a California resident; Temmerman, Cilley & Kohlmann, LLP, a California Professional Corporation; Christine Smith, née Weiss, a California resident, both individually and as Conservator of the Person of Helene Mula-Stouky; and Does 1-100,

*Defendants and Appellees.*

Appeal From the United States District Court,
Northern District of California, Case No. 5:21-cv-04540-BLF,

Hon. Beth Labson Freeman

**STIPULATED MOTION TO
VOLUNTARILY DISMISS
CERTAIN PARTIES FROM
APPEAL WITH PREJUDICE**

{08119211 / 1}

MESSNER REEVES LLP
Bonnie Margaret Ross
160 W. Santa Clara Street, Suite 1000
San Jose, California 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Appellees Helene Mula Stouky, individually and as former Successor Trustee of the Ogier Revocable Trust Dated August 17, 2000 and former Putative Trustee of the Helene Mula Stouky Sub-Trust thereof; Patricia M. Bye, individually, as Conservator of the Estate, as Successor Trustee of the Helene Mula Stouky Trust dated November 24, 1997, and as Successor Trustee of the Ogier Revocable Trust dated August 17, 2000; Bye & Bye Services; Alexandra R. Martin, individually; Aaron, Riechert, Carpol & Riffle, APC; Robert E. Temmerman, individually; Temmerman, Cilley, Kohlmann & Norcia, LLP, previously known as Temmerman, Cilley & Kohlmann, LLP; Christina Smith, individually and as Conservator of the Person of Helene Mula Stouky; Howard G. Frank

DENNIS L. HALL, ATTORNEY, PLLC
Dennis L. Hall
7412 East Black Rock Road
Scottsdale, Arizona 85255
602.740.5045
dennis@dlhall.net

Attorneys for Paul Mula Jr

{08119211 / 1}

On February 15, 2024, Paul Mula Jr. ("Plaintiff-Appellant") and certain Defendant-Appellees, referred to herein as the Stouky Parties, reached a settlement in a case pending in the Santa Clara Superior Court. The Stouky Parties are Helene Mula-Stouky, a California resident, both individually and as former Successor Trustee of the Ogier Revocable Trust Dated August 7, 2000 and former Putative Trustee of the Helene Mula-Stouky Sub-Trust thereof; Patricia Bye, both individually and as current Successor Trustee of the Helene Mula-Stouky Trust Dated November 24, 1997, current Successor Trustee of the Ogier Revocable Trust Dated August 7, 2000, and Conservator of the Conservatorship Estate of Helene Mula-Stouky; Bye & Bye Services; Howard G. Frank; Alexandra R. Martin; Aaron, Riechert, Carpol & Riffle, APC; Robert E. Temmerman; Temmerman, Cilley, Kohlmann & Norcia, LLP, previously known as Temmerman, Cilley & Kohlmann, LLP; Christine Smith, née Weiss, both individually and as Conservator of the Person of Helene Mula-Stouky. Plaintiff-Appellant and the Stouky Parties are jointly referred to herein as the "Settling Parties."

The Settlement Agreement provides that within five business days of the Santa Clara Superior Court approving the settlement, the respective parties shall effectuate dismissals with prejudice of various proceedings, including this appeal. The Superior Court approved the Settlement Agreement on March 7, 2024. The

{08119211 / 1}

deadline for filing a request for dismissal of the Stouky Parties from this appeal is March 14, 2024.

The Settlement Agreement further provides that, "[in] the event that the 9th Circuit is unwilling to accept [a] Stipulated Motion to Voluntarily Dismiss [the Stouky Parties] From Appeal rather than the entirety of the 9th Circuit Appeal, the parties and their counsel shall promptly cooperate in preparing, signing, and submitting any and all forms, stipulations, motions, dismissals or similar to effectuate the dismissal of the [Stouky Parties] from the 9th Circuit Appeal with prejudice, and/or to ensure that Federal Defendants need not participate in the 9th Circuit Appeal until such time as they can be dismissed with prejudice."

The Settling Parties hereby jointly move, pursuant to Federal Rules of Appellate Procedure 42(b)(3), for an order from this Court dismissing the appeal **with prejudice** as to the Stouky Parties. The Settling Parties are each to bear their own costs and court fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

{08119211 / 1}

The following parties have not settled and therefore no dismissal order is requested: Alan Mula; Terry Wallace, née Campbell; Kristof Biorn; and Crist, Schulz, Biorn & Shepherd, APC, a California Professional Corporation.

Dated: March 14, 2024　　　　　　　　MESSNER REEVES LLP

　　　　　　　　　　　　　　　　　　By: /s/ Bonnie Margaret Ross
　　　　　　　　　　　　　　　　　　　　BONNIE MARGARET ROSS
　　　　　　　　　　　　　　　　　　　　Attorneys for the Stouky Parties

Dated: March 14, 2024　　　　　　　　DENNIS L. HALL, ATTY, PLLC

　　　　　　　　　　　　　　　　　　By: /s/ Dennis L. Hall
　　　　　　　　　　　　　　　　　　　　DENNIS L. HALL
　　　　　　　　　　　　　　　　　　　　Attorney for Paul Mula Jr.

{08119211 / 1}

FILER'S ATTESTATION

Pursuant to Circuit Rule 25-5(e) of the United States Court of Appeals for the Ninth Circuit, the undersigned hereby attests that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and authorized this filing on March 14, 2024.

By: /s/ Bonnie Margaret Ross

CERTIFICATE OF SERVICE FOR ELECTRONIC FILING

I hereby certify that on March 14, 2024, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing System.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: March 14, 2024      /s/ Bonnie Margaret Ross
                          Bonnie Margaret Ross

{08119211 / 1}