**GERALD D.W. NORTH & ASSOCIATES**

April 4, 2025

Molly C. Dwyer,
Clerk of Court
The James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

Re: <u>Case No. 23-3490</u>

Dear Madam:

I am counsel for the appellant in Case No. 23-3490 in which a Memorandum was entered on March 20, 2025, and a Petition for Rehearing and Rehearing En Banc was filed yesterday, April 3, 2025.

Pursuant to Circuit Rule 36-4, I am writing to request publication of the Memorandum as an Opinion.

Publication as an Opinion is appropriate under Circuit Rule 36-2(a) because the Memorandum "[e]stablishes, alters, modifies or clarifies a rule of federal law." In particular, the Memorandum announces a principle of claim accrual under the RICO statute, 18 U.S.C. § 1961 et seq., that is at odds with existing Circuit and U.S. Supreme Court law established in *Grimmett v. Brown*, 75 F.3d 506 (9th Cir. 1996) and *Rotella v. Wood*, 528 U.S. 549 (2000) by applying the concept of "inquiry notice" in a RICO case to trigger the running of the RICO limitations period before any actual injury occurred, whereas actual injury is required to trigger the limitations period under *Grimmett* and *Rotella.*

Very truly yours,

/Gerald D.W. North/

Gerald D.W. North

**Mailing address: 225 West Washington St., Suite 200, Chicago, IL 60606 • Tel 831-224-0007 • Email: northlaw2@yahoo.com**
